BRIAN L. JOHNSRUD, State Bar No. 184474
PATRICK M. SHERMAN, State Bar No. 229959
CURLEY, HESSINGER & JOHNSRUD LLP
530 Lytton Avenue, 2nd Floor
Palo Alto, CA 94301
Telephone:    650.617.3268
Facsimile:     650.617.3269
E-mail: bjohnsrud@curleyhessinger.com
            psherman@curleyhessinger.com

Attorneys for Defendants
U.S. BANCORP dba U.S. BANK, a Delaware Corporation; U.S. BANK NATIONAL ASSOCIATION; and CHRIS DELEGANS, an individual

BETH W. MORA, State Bar No. 208859
ELENA N. LIVERIS, Sate Bar No. 262973
COOPER & MORA, APC
18 Crow Canyon Court, Suite 145
San Ramon, CA 94583
Telephone:    925.820.8498
Facsimile:     925.820.0278
E-mail: bmora@cooperlawoffice.com
            eliveris@cooperlawoffice.com

Attorneys for Plaintiff
HAISAM NIJEM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HAISAM NIJEM,<br><br>            Plaintiff,<br><br>     v.<br><br>U.S. BANCORP dba U.S. BANK, a Delaware Corporation; U.S. BANK NATIONAL ASSOCIATION; CHRIS DELEGANS, an individual; and DOES 1-50,<br><br>            Defendants. | Case No. 11-04042 CW<br><br>[~~PROPOSED~~] STIPULATED DISMISSAL OF PLAINTIFF'S CLAIM FOR ASSAULT AND BATTERY |

1  WHEREAS, on October 26, 2011, the Court issued an Order Denying Plaintiff's Motion for Remand, and noted that Plaintiff insufficiently alleged that Defendant Delegans engaged in a willful and unprovoked physical act of aggression against Plaintiff so as to survive workers' compensation preemption of Plaintiff's Sixth Cause of Action for Assault and Battery;

WHEREAS, the Court's October 26, 2011 Order provided Plaintiff with one week to file an amended complaint with allegations to correct the deficiencies identified in the Court's Order;

WHEREAS, Plaintiff has elected not to file an amended complaint;

NOW, THEREFORE, the Parties stipulate that Plaintiff's Sixth Cause of Action for Assault and Battery shall be and hereby is dismissed without prejudice as to all Defendants, that Defendant Chris Delegans shall be and is dismissed from the case without prejudice, and that no Defendant shall seek attorney's fees or costs relating to the stipulated dismissal of Plaintiff's Sixth Cause of Action for Assault and Battery.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 16, 2011         COOPER & MORA, APC


                                 By_____/s/ Beth W. Mora_____
                                   BETH W. MORA
                                   Attorneys for Plaintiff

Dated: December 16, 2011         CURLEY, HESSINGER & JOHNSRUD LLP


                                 By_____/s/ Brian L. Johnsrud_____
                                   BRIAN L. JOHNSRUD
                                   Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __12/20/2011__            _____
                                 HON. CLAUDIA WILKEN
                                 United States District Judge