| | |
|---|---|
| 1 | BETH W. MORA, State Bar No. 208859 |
| 2 | ELENA N. LIVERIS, State Bar No. 262973 |
|   | COOPER & MORA, A Professional Corporation |
| 3 | 18 Crow Canyon Court, Suite 145 |
|   | San Ramon, CA 94583 |
| 4 | Telephone:    925.820.8949 |
|   | Facsimile:    925.8250.0278 |
| 5 | E-mail: bmora@cooperlawoffice.com |
| 6 |          eliveris@cooperlawoffice.com |
| 7 | Attorneys for Plaintiff |
|   | HAISAM NIJEM |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HAISAM NIJEM, | Case No. C 11-040402 CW |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| U.S. BANCORP dba U.S. BANK, a Delaware Corporation; U.S. BANK NATIONAL ASSOCIATION; CHRIS DELEGANS, an individual; and DOES 1-50, | |
| Defendants. | |

1

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NO. 11-040402 CW

Pursuant to the terms of a written compromise settlement and release of claims and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned action by Plaintiff Haisam Nijem against Defendants U.S. Bancorp dba U.S. Bank, U.S. Bank National Association and Chris Delegans shall be dismissed with prejudice, and that, except as otherwise provided in the agreement between the parties, each party shall bear their own costs and fees, including attorneys' fees.

**IT IS SO STIPULATED.**

Dated: April 11, 2012        COOPER & MORA, APC

By    /s/ Beth W. Mora
BETH W. MORA
Attorneys for Plaintiff
HAISAM NIJEM

Dated: April 11, 2012        CURLEY, HESSINGER & JOHNSRUD LLP

By    /s/ Brian L. Johnsrud
BRIAN L. JOHNSRUD
Attorneys for Defendants
U.S. BANCORP dba U.S. BANK, a Delaware Corporation; U.S. BANK NATIONAL ASSOCIATION; and CHRIS DELEGANS, an individual

## ORDER

It is hereby ordered and adjudged that this matter is dismissed with prejudice and that, except as otherwise provided in the agreement between the parties, each party shall bear their own costs and fees, including attorneys' fees.

**IT IS SO ORDERED.**

Dated: 4/13/2012

UNITED STATES DISTRICT JUDGE