BETH W. MORA, State Bar No. 208859
ELENA N. LIVERIS, State Bar No. 262973
COOPER & MORA, A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, CA 94583
Telephone:    925.820.8949
Facsimile:    925.8250.0278
E-mail:  bmora@cooperlawoffice.com
             eliveris@cooperlawoffice.com

Attorneys for Plaintiff
HAISAM NIJEM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HAISAM NIJEM,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. BANCORP dba U.S. BANK, a Delaware Corporation; U.S. BANK NATIONAL ASSOCIATION; CHRIS DELEGANS, an individual; and DOES 1-50,<br><br>        Defendants. | Case No. C 11-040402 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

Pursuant to the terms of a written compromise settlement and release of claims and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned action by Plaintiff Haisam Nijem against Defendants U.S. Bancorp dba U.S. Bank, U.S. Bank National Association and Chris Delegans shall be dismissed with prejudice, and that, except as otherwise provided in the agreement between the parties, each party shall bear their own costs and fees, including attorneys' fees.

**IT IS SO STIPULATED.**

Dated: April 11, 2012                COOPER & MORA, APC

By  /s/ Beth W. Mora
BETH W. MORA
Attorneys for Plaintiff
HAISAM NIJEM

Dated: April 11, 2012                CURLEY, HESSINGER & JOHNSRUD LLP

By  /s/ Brian L. Johnsrud
BRIAN L. JOHNSRUD
Attorneys for Defendants
U.S. BANCORP dba U.S. BANK, a Delaware Corporation; U.S. BANK NATIONAL ASSOCIATION; and CHRIS DELEGANS, an individual

**ORDER**

It is hereby ordered and adjudged that this matter is dismissed with prejudice and that, except as otherwise provided in the agreement between the parties, each party shall bear their own costs and fees, including attorneys' fees.

**IT IS SO ORDERED.**

Dated: 4/13/2012

UNITED STATES DISTRICT JUDGE